1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| BENNY ANGEL ARVISO, | CASE NO. 1:13-cv-0469-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR DISCOVERY |
| v. | (ECF No. 18) |
| FRESNO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants | |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983.  Plaintiff consented to Magistrate Judge jurisdiction.

Plaintiff's Second Amended Complaint was dismissed for failure to state a claim based on statute of limitations grounds.  (ECF No. 14.)  The Court found that Plaintiff's action was untimely, and on July 9, 2014 the case was dismissed without leave to amend.  (ECF Nos. 14 & 15.)  On April 1, 2015, the Court denied Plaintiff's Motion for Reconsideration.  (ECF No. 16.)  Before the Court is Plaintiff's motion for discovery. (ECF No. 18.)

Plaintiff seeks discovery pursuant to "1045" to assist him in filing a second motion

for reconsideration.  (ECF No. 18.)  It is unclear what rule or authority Plaintiff relies on to support his request for discovery.  In any event, judgment was entered in this matter, and the case was closed on July 9, 2014.  (ECF Nos. 14 & 15.), Plaintiff is not entitled to discovery.

Based on the foregoing, Plaintiff's motion for discovery (ECF No. 18) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 26, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2